IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| SCENERA RESEARCH LLC,<br><br>　　Plaintiff,<br><br>　　v.<br><br>ROBERT PAUL MORRIS,<br><br>　　Defendant. | Civil Action No. 5:09-cv-412-FL |
| ROBERT PAUL MORRIS,<br><br>　　Plaintiff<br><br>　　v.<br><br>SCENERA RESEARCH LLC AND RYAN C. FRY,<br><br>　　Defendants | Civil Action No. 5:09-cv-439-FL |

## ORDER REFERRING CASE FOR COURT-HOSTED SETTLEMENT CONFERENCE

Scenera Research, LLC, Ryan C. Fry, and Robert Paul Morris have jointly moved this Court for an Order referring this case for a Court-Hosted Settlement Conference. Upon reviewing the motion, the Court is of the opinion that good cause exists for such referral.

It is therefore ORDERED pursuant to Local Rule 101.2 that this case is hereby referred to Magistrate Judge David W. Daniel to conduct a Court-Hosted Settlement Conference on October 6, 2010.

This the 15th day of September, 2010.

Louise W. Flanagan
Chief United States District Court Judge